UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AASIR AZZARMI

Write the full name of each plaintiff.

\_\_\_\_CV\_\_\_\_
(Include case number if one has been assigned)

-against-

CHRIS CATANIA,
DOES 1-10

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED
JUN 18 2020
PRO SE OFFICE

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, **AASIR AZZARMI** (Plaintiff's name), is a citizen of the State of **California**,

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __CHRIS CATANIA__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__AASIR__   __A__   __AZZARMI__
First Name   Middle Initial   Last Name

__401 E 109th St #1A__
Street Address

__Los Angeles__         __CA__        __90061__
County, City            State         Zip Code

__323-632-8531__              __AZAFATA@yahoo.com__
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **CHRIS CATANIA**
First Name            Last Name

*President & CEO Subsurface Technologies, Jr*
Current Job Title (or other identifying information)

*40 Stone Castle Rd.*
Current Work Address (or other address where defendant may be served)

*Rock Tavern,       NY       12575*
County, City            State            Zip Code

Defendant 2:
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3:
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 4: _____
                        First Name                  Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **New York**

Date(s) of occurrence: [scribbled out] **ongoing October 2019**

FACTS: **(Defamation per se)**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1) Def. Chris Catania has repeatedly made false statements of purported facts, that were unprivileged about Plaintiff Aasir Azzarmi accusing him of Federal crimes

2) Chris Catania published these false statements of purported facts to New York residents Kristina Kiefee and Stephanie Acosta about Plaintiff Aasir Azzarmi, a California resident, alleging Plaintiff Azzarmi committed a federal crime.

3) Chris Catania knew before publishing his false statements of purported facts accusing Plaintiff of a federal crime, that he never witnessed Plaintiff committing a federal crime at any time between October 2016 - October 2019, but still continues repeating these defamatory per se statements of purported facts to third parties in email (libel) and verbally (slander).

4) Def. Chris Catania's publications of 100% false statements of purported facts about Plaintiff to third parties, Stephanie Acosta & Kristina Kiefer, was malicious and/or at least negligent because Plaintiff sent Def. Catania a CEASE & DESIST letter in October 2018, to mitigate the continual economic harm Plaintiff has suffered in his profession, as a result of Def. Catania's malicious, reckless, intentional, & negligent defamatory per se statements about Plaintiff to third parties accussing Plaintiff of federal crimes.

**INJURIES:** 5) Plaintiff suffered special damages and direct economic harm as a result of Def. Catania's defamatory per se statement.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff suffered emotional, mental, reputational, psychological, & economic harm that is continual as a result of Def. Catania's defamatory per se statements published to third parties in Plaintiff's profession.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Injunction, monetary damages, special damages, punitive damages, general & compensatory damages, emotional damages.

This is a Defamation per se claim. (See Davis v. Boeheim, 110 A.D. 3d 1431 (N.Y. 2014))

Plaintiff has notarized, authenticated emails from third parties proving that Def. Catania has been continually defaming Plaintiff since 2016. Plaintiff's 2018 Cease & Desist letter to Def. Catania does nothing to curtail his tortious defamatory conduct.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/17/2020

Plaintiff's Signature

First Name: AASIR
Last Name: AZZARMI

Street Address: 401 E 109th ST #1A
County, City: Los Angeles
State: CA
Zip Code: 90061

Telephone Number: 323-632-8531
Email Address: AZAFATA@yahoo.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

A. Azzarmi
401 E 109th St #1A
Los Angeles, CA 90061
(323) 632-8531

TO:

SDNY- Clerk's office
Pro Se Office
Filing of Complaint

(1) Complaint
(1) Electronic Consent form
(1) Application for In Forma Pauperis


RECEIVED
JUN 18 2020
PRO SE OFFICE


USMSB SDNY